David Abrams, Attorney at Law
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

_____

| | |
|---|---|
| Stefania Hnatenko, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No. 17 cv 1435 (JPO) |
| - against - | ) |
| | ) |
| P.L.S. STORES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____)

**<u>Notice of Motion</u>**

To:  Defendant

PLEASE TAKE NOTICE that upon the within Affirmation of David Abrams in support of Default Judgment with attachments and all prior proceedings herein, Plaintiff Stefania Hnatenko will move this Court before the Honorable J. Paul Oetken, 40 Centre Street, New York, New York 10007, Courtroom 706, at a date and time to be set by the Court, for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                /s/ David Abrams

                David Abrams
                 Attorney for Plaintiff
                305 Broadway Suite 601
                New York, NY 10007
                Tel. 212-897-5821
                Fax    212-897-5811

June 23, 2017
New York, New York