```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEFANIA HNATENKO,

          Plaintiff,

        17 **CIVIL** 1435 (JPO)

-v-

**DEFAULT JUDGMENT**

P.L.S. STORES, INC.,

          Defendant.
------------------------------------------------------------X

      Plaintiff Stefania Hnatenko having moved for a Default Judgment, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on October 11, 2017 having issued its Order stating that the Court has reviewed the motion for default judgment and the documents supporting Hnatenko's proposed judgment. The Court finds that default judgment is warranted and is granting the motion; and directing the Clerk of Court to enter judgment against Defendant P.L.S. Stores, Inc. in the amount of $15,469.28, reflecting (i) $7,504.64 in unpaid overtime wages, (ii) $7,504.64 in liquidated damages, and (iii) $460 in costs. Pursuant to NYLL § 198(4), if any portion of this judgment remains unpaid upon the expiration of ninety days following issue of this judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent; and also directing the Clerk of Court to close this case upon entry of judgment, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated October 11, 2017, and the Court has reviewed the motion for default judgment and the documents supporting Hnatenko's proposed judgment. The Court finds that default judgment is warranted, and the motion is granted. Judgment is entered against Defendant P.L.S. Stores, Inc.

in the amount of $15,469.28, reflecting (i) $7504.64 in unpaid overtime wages, (ii) $7504.64 in liquidated damages, and (iii) $460 in costs. Pursuant to NYLL § 198(4), if any portion of this judgment remains unpaid upon the expiration of ninety days following issue of this judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent; accordingly, the case is closed.

**DATED** : New York, New York
October 13, 2017

**RUBY J. KRAJICK**

**Clerk of Court**

By: _KMango_
**Deputy Clerk**